**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7621**

_____

FLOYD GRANGER, a/k/a Floyd Randolph Granger, III,

        Plaintiff - Appellant,

      v.

DIRECTOR SCOTTY BODIFORD; GREENVILLE COUNTY LAW ENFORCEMENT
CENTER AND HEALTH SERVICES; UNKNOWN MEDICAL PERSONNEL;
GREENVILLE COUNTY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District
Judge. (6:11-cv-01162-RBH)

_____

Submitted: February 26, 2013    Decided: February 28, 2013

_____

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Floyd Granger, Appellant Pro Se.  Christopher R. Antley, DEVLIN
& PARKINSON, PA, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Granger appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See Granger v. Dir. Bodiford</u>, No. 6:11-cv-01162-RBH (D.S.C. Sept. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>